POWERS *v.* NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY *et al.*

GRICE, Justice. This case is controlled by the decision in the companion case of *Hirsch* v. *Northwestern Mutual Life Insurance Co.,* ante, 524.

*Judgment reversed. All the Justices concur.*

No. 13561. JANUARY 14, 1941. REHEARING DENIED FEBRUARY 14, 1941.

536

*William S. Shelfer* and *W. D. Thomson,* for plaintiff.

*MacDougald, Troutman & Arkwright, Spalding, Sibley, Troutman & Brock, Sumter M. Kelley,* and *T. J. Long,* for defendants.